FILED ___   RECEIVED ___
ENTERED ___   SERVED ON
COUNSEL/PARTIES OF RECORD

JUL 12 2011

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | 2:11-cr-86-PMP-GWF |
| MICHAEL JAMES FARLEY, ) | |
| Defendant. ) | ORDER |

The Court having granted Michael James Farley's motion for appointment of counsel (#13), and the Court having ordered appointment of new counsel (#16) with good cause appearing;

**IT IS HEREBY ORDERED** that the Federal Public Defenders' office is appointed as counsel for Michael James Farley in place of Bill A. Berrett, Esq. for all future proceedings.

**IT IS FURTHER ORDERED** that Mr. Berrett shall forward the file to the Federal Public Defender forthwith.

DATED this _12_ day of July, 2011.

Nunc Pro Tunc: July 11, 2011.

_____
GEORGE W. FOLEY
UNITED STATES MAGISTRATE JUDGE