FILED
JUN 2 [?] 2012
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL JAMES FARLEY,<br><br>　　　　　Defendant. | 2:11-CR-086-PMP-(GWF) |

### FINAL ORDER OF FORFEITURE

On February 6, 2012, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); and Title 18, United States Code, Section 2253(a)(1) and (a)(3), based upon the plea of guilty by defendant MICHAEL JAMES FARLEY to a criminal offense, forfeiting specific property alleged in the Criminal Indictment and the Bill of Particulars, and agreed to the in Plea Memorandum, and shown by the United States to have the requisite nexus to the offense to which defendant MICHAEL JAMES FARLEY pled guilty. Indictment, ECF No. 1; Bill of Particulars, ECF No. 24; Minutes of Change of Plea Proceedings, ECF No. 30; Plea Memorandum, ECF No. 33; Preliminary Order of Forfeiture, ECF No. 32.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from March 29, 2012, through April 27, 2012, notifying all third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 25.

. . .

1       This Court finds no petitions were filed herein by or on behalf of any person or entity and the
2 time for filing such petitions and claims has expired.

3       This Court finds no petitions are pending with regard to the assets named herein and the time
4 for presenting such petitions has expired.

5       THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,
6 title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United
7 States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title
8 18, United States Code, Section 2253(a)(1) and (a)(3); and Title 21, United States Code, Section
9 853(n)(7) and shall be disposed of according to law:

10       a)     all visual depictions described in Title 18, United States Code, Sections 2251,
11                 2251A, 2252, and 2252A;

12       b)     all items containing such visual depictions, which were transported,
13                 shipped and received in violation of Title 18, United States Code,
14                 Section 2252A;

15       c)     all property, real or personal, used or intended to be used to commit or
16                 to promote the commission of such offense or any property traceable
17                 to such property, including but not limited to computer images,
18                 including movie files, depicting a minor engaging in sexually explicit
19                 conduct and the diskettes and hard drives on which they are maintained;

20       d)     generic computer, serial number unknown;
21       e)     HP Pavillion desktop computer, serial number MXP515000Y;
22       f)     HP Pavillion laptop computer, serial number 2CE6470DV0;
23       g)     Western Digital 200GB hard drive, serial number WMACK1586303;
24       h)     Western Digital 60 GB hard drive, serial number WMA8E1587512;
25       i)     Western Digital 120 GB hard drive, serial number WMALC1123075;
26       j)     Maxtor 250 GB hard drive, serial number Y638RQME;

|   |   |   |
|---|---|---|
| 1 | k) | Maxtor 250 GB hard drive, serial number Y643ZVXE; |
| 2 | l) | Xcraft external hard drive with Hitachi 60 GB hard drive, serial number |
| 3 |    | 1P00000019R; |
| 4 | m) | Western Digital hard drive, serial number WCAL97309397; |
| 5 | n) | Western Digital hard drive, serial number WCAPW3157229; |
| 6 | o) | Western Digital hard drive, serial number WCAV50210659; and |
| 7 | p) | Red Dane Electric 512 MB thumb drive, serial number unknown. |

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this _26_ day of _June_, 2012.

_____
UNITED STATES DISTRICT JUDGE