1  RENE L. VALLADARES
   Federal Public Defender
2  State Bar No. 11479
   REBECCA A. ROSENSTEIN
3  Assistant Federal Public Defender
   411 E. Bonneville Avenue, Ste. 250
4  Las Vegas, Nevada 89101
   (702) 388-6577 (Voice)
5  (702) 388-6261 (Fax)

6  Attorneys for Michael James Farley

7                UNITED STATES DISTRICT COURT

8                       DISTRICT OF NEVADA

9                              * * *

10 UNITED STATES OF AMERICA,           2:11-cr-00086-PMP -GWF
11              Plaintiff,
                                       PROPOSED ORDER REQUIRING
12 vs.                                 METROPOLITAN POLICE DEPARTMENT
                                       TO RELEASE DEFENDANT'S
13 MICHAEL JAMES FARLEY,               PROPERTY
14             Defendant.

          Based on the pending Motion (CR 43) of counsel and good cause appearing,

          IT IS HEREBY ORDERED that Metropolitan Police Department release Mr. Farley's property to his sister, Angela Vizcarra.   The property as follows:

   pkg. 4, item 4:  HP Pavilion dv4 laptop computer w/ power cord and battery, serial #CND9084171
   pkg. 5, item 14: black case with Iomega hard drive s/n Y6BK380793, 2 SanDisk 4GB sd card, Olympus 6MB XD card and Fugifilm 256MB XD card
   pkg. 5, item 15:  three Dane Elec 512MB thumb drives
   pkg. 5, item 16:  Kingston 2GB thumb drive
   pkg. 5, item 17:  PNY 8GB thumb drive
   pkg. 5, item 18:  Apple Ipod (32GB) w. cord, serial # 9C8465PT208
   pkg. 5, item 22:  20 computer disks
   pkg. 5, item 23:  6 computer disks
   pkg. 5, item 24:  2 computer disks
   pkg. 5, item 25:  2 floppy disks
   pkg. 5, item 26:  DVD
   pkg. 5, item 27:  2 computer disks
   pkg. 5, item 28:  cd

| | |
|---|---|
| pkg. 5, item 29: | 6 computer disks |
| pkg. 5, item 30: | floppy disk |
| pkg. 5, item 32: | 2 spindles containing 36 computer disks |
| pkg. 5, item 33: | 3 floppy disks |
| pkg. 5, item 34: | 3 computer disks |
| pkg. 5, item 35: | memory card - 64MB |
| pkg. 5, item 36: | 3 DVDs |
| pkg. 5, item 37: | 31 computer disks |
| pkg. 5, item 38: | box w/ 73 computer disks |
| pkg. 6, item 39: | 47 mini video cassettes |
| pkg. 6, item 40: | vhs tapes |
| pkg. 6, item 41: | 2 vhs tapes |
| pkg. 7, item 42: | Canon Powershot A570 camera, serial #5022148090 |
| pkg. 7, item 43: | Canon Vixia HFS11 video camera w/ SanDisk 16GB SD card |
| pkg. 7, item 44: | Nikon D100 digital camera w/ strap & Lexar 1GB compact flash media card, misc. # 2308827 |
| pkg. 7, item 45: | Sony DCR-TRV11 digital Handcam w/ battery & power cord, misc.#54405 |
| pkg. 7, item 46: | Sony mini DV cassette labeled APat 2009 |
| pkg. 8, item 47: | Bank of America statement bearing Farley's name & address |
| pkg. 8, item 48: | business card - Image Photography, Michael Farley |
| pkg. 8, item49: | hard drive cable |

DATED this 19th day of December, 2012.

_____
UNITED STATES DISTRICT JUDGE